**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52304.

April 6, 1972.

the record does not warrant the exercise of our jurisdiction; the ruling of the trial judge on the evidentiary hearing granted on this application is correct.

259 So.2d 917

**STATE of Louisiana ex rel. Dequency LEWIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52315.

April 6, 1972.

We find no merit in the application.

259 So.2d 918

**Leroy SHORTER**

v.

**STATE of Louisiana.**

No. 52316.

April 6, 1972.

 Since the sentences complained of have been served and the state sanctions satisfied, the question raised by the application is moot.

BARHAM and DIXON, JJ., dissent from the refusal.